# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND ANTHONY CANALES,
                     Appellant,

vs.

MARIA CAROLINA CANALES,
                     Respondent.

No. 78232

**FILED**

JUL 2 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal subject to the provisions of NRAP 3E. Eighth Judicial District Court, Clark County; David S. Gibson, Jr., Judge.

On March 21, 2019, this court issued a notice directing appellant to file the child custody fast track statement on or before April 30, 2019.[1] The notice cautioned that failure to timely file the fast track statement could result in the dismissal of this appeal.

When appellant failed to file the fast track statement, this court entered an order on June 17, 2019, directing appellant to file and serve the fast track statement within 14 days.[2] Pursuant to the order, the document was due on or before July 1, 2019. This court further cautioned that failure to file the fast track statement could result in the dismissal of this appeal. To date appellant has failed to file the fast track statement or to otherwise

---

[1]A copy of this notice is attached.

[2]A copy of the order is attached.

19-31769

communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_Pickering_, J.
Pickering

_Parraguirre_, J.
Parraguirre

_Cadish_, J.
Cadish

cc: Hon. David S. Gibson, Jr., District Judge
Raymond Anthony Canales
Cutter Law Firm, Chtd.
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA
## OFFICE OF THE CLERK

RAYMOND ANTHONY CANALES,
Appellant,
vs.
MARIA CAROLINA CANALES,
Respondent.

**Supreme Court No. 78232**
District Court Case No. D568912

## INSTRUCTIONS/NOTICE REGARDING DEADLINES - FAST TRACK CHILD CUSTODY

TO: Raymond Anthony Canales
Cutter Law Firm, Chtd. \ Nadin J. Cutter

## PLEASE CAREFULLY REVIEW THE INFORMATION BELOW REGARDING REQUIREMENTS FOR THIS APPEAL.

### Definitions/Terms

"NRAP" stands for Nevada Rules of Appellate Procedure, which govern procedure in the Nevada Supreme Court and Nevada Court of Appeals.

"Pro se" refers to a party acting on his or her own behalf without the assistance of an attorney.

"In forma pauperis" refers to a party who has been determined by a court to be indigent and not required to pay filing fees. Only a court can grant a party in forma pauperis status. Please see NRAP 24 for more information.

Copies of all documents sent to the court for filing must also be served on all other parties in the appeal. Such service should be made at the same time the document is sent for filing, and may be accomplished by mailing a copy of the document to the other party (if the other party has an attorney, the document should be mailed to the attorney). Please see NRAP 25(b) and NRAP 25(c). The rules do not require that copies served on other parties be file-stamped by the court.

### Required Documents/Deadlines

#### 1. Transcript Request Form

Within 14 days, appellant(s) must file in this court either (1) a transcript request form requesting transcripts of all district court proceedings that are necessary for the court's review on appeal; or (2) a certificate that no transcripts are being

19-12695

requested. See NRAP 9. The enclosed blank transcript request form may be used.

APPELLANTS WHO HAVE NOT BEEN GRANTED IN FORMA PAUPERIS STATUS must serve a copy of the transcript request form on the court reporter/recorder who reported the proceedings and on all other parties to the appeal and must also pay an appropriate deposit to the court reporter/recorder at the time of service. NRAP 9(b)(1)(B). Upon receiving a transcript, the party who requested it must file a copy of the transcript in this court. NRAP 9(b)(1)(B).

APPELLANTS WHO ARE IN FORMA PAUPERIS should not serve a transcript request form on the court reporter/recorder, but should still file the request in this court; the court will review the request and enter an appropriate order.

## 2. Docketing Statement

Within 21 days, all appellant(s) must file in this court a docketing statement that complies with NRAP 14. The enclosed blank docketing statement may be used.

FOR APPELLANTS WHO ARE IN FORMA PAUPERIS, the requirement that supporting documents be attached to the docketing statement may be waived.

## 3. Child Custody Fast Track Statement

Within 40 days, appellant(s) must file in this court a child custody fast track statement that complies with NRAP 3E. The enclosed blank "Pro Se Child Custody Fast Track Statement" form may be used. Failure to file the child custody fast track statement by the deadline may result in dismissal of the appeal.

## Appendices/record

Pro se parties are not permitted to file an appendix to their fast track statement. NRAP 3E(d)(5). If the court's review of the complete trial court record is necessary, the court will direct the district court to transmit the record. Pro se parties are not required to cite the record in their briefs, but are encouraged to do so if possible. See NRAP 3E(d)(5).

## Fast Track Response

Within 21 days from the date a fast track statement is served, respondent(s) must file a fast track response in this court and serve one copy of the fast track response on the opposing party.

DATE: March 21, 2019

Elizabeth A. Brown, Clerk of Court

By: Lindsey Lupenui
   Deputy Clerk

Notification List
     Electronic
     Cutter Law Firm, Chtd. \ Nadin J. Cutter

     Paper
     Raymond Anthony Canales

19-12695

IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND ANTHONY CANALES,
               Appellant,
vs.
MARIA CAROLINA CANALES,
               Respondent.

No. 78232

**FILED**

JUN 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER TO FILE DOCUMENT

This appeal is subject to the provisions of Nevada Rule of Appellate Procedure 3E. This court issued a notice on March 21, 2019, directing appellant to file the fast track statement within 40 days. The fast track statement was due to be filed no later than April 30, 2019. NRAP 3E(d)(1). To date, no fast track statement has been filed. Appellant shall file and serve the fast track statement within 14 days from the date of this order. Failure to comply with this order may result in the imposition of sanctions, including dismissal of this appeal. *See* NRAP 3E(i).

It is so ORDERED.

_____ C.J.

cc:    Raymond Anthony Canales
       Cutter Law Firm, Chtd.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-26156